1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124                     *E-FILED - 6/17/09*
   FAX: (415) 436-7169

7  Attorneys for Defendants

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

   JIN WANG,                          )
                                      )  No. C 09-0369 RMW
                Plaintiff,            )
                                      )
        v.                            )  STIPULATION TO EXTEND DATE OF
                                      )  CASE MANAGEMENT CONFERENCE;
   ERIC HOLDER, Attorney General of the )  AND [PROPOSED] ORDER
   United States; et al.,             )
                                      )  CMC: June 19, 2009
                Defendants.           )
                                      )

   Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of the case management conference. The parties agree that there is a reasonable likelihood that this case can be administratively resolved in the next 30 days.

   Accordingly, the parties respectfully ask this Court to extend the date of the Case Management Conference by 30 days. If the case resolves, the parties will file a stipulation to dismiss or to remand to the agency in accordance with 8 U.S.C. § 1447(b). If the case does not administratively resolve, the parties will file a joint case management conference statement 7 days in advance of the re-scheduled Case Management Conference.

   ///

   Stip to Ext CMS & CMC Dates
   C 09-0369 RMW

| | | |
|---|---|---|
| 1 | Date: June 11, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS[1] |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |

Date: June 10, 2009        _____/s/_____
                           TRICIA WANG
                           Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to   July 31, 2009  , at 10:30 a.m.

Date: 6/17/09              *Ronald M. Whyte*
                           RONALD M. WHYTE
                           United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip to Ext CMS & CMC Dates
C 09-0369 RMW