JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

*E-FILED - 7/30/09*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIN WANG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC HOLDER, Attorney General of the United States; et al.,<br><br>　　　　　　Defendants. | No. C 09-0369 RMW<br><br>**STIPULATION TO DISMISS AND VACATE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, that this action be remanded pursuant to 8 U.S.C. § 1447(b) to the United States Citizenship and Immigration Services ("USCIS") with an order that USCIS adjudicate Plaintiff's Naturalization Application ("Form N-400") within 30 days after approval of this stipulation by the Court.

Additionally, the parties also request that the Court vacate the case management conference scheduled for July 31, 2009.

///

///

///

Stip to Dismiss
C 09-0369 RMW

1    Each of the parties shall bear their own costs and fees.

2  Date: July 17, 2009                       Respectfully submitted,

3                                             JOSEPH P. RUSSONIELLO
                                            United States Attorney

4

5

6                                             /s/
                                           ILA C. DEISS[1]
                                           Assistant United States Attorney

7                                            Attorneys for Defendants

8

9                                             /s/
  Date: July 17, 2009                        TRICIA WANG

10                                           Attorney for Plaintiff

11

12                                       **ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.

14

15  Date: 7/30/09                          /s/ Ronald M. Whyte
                                          RONALD M. WHYTE

16                                           United States District Judge

17

18

19

20

21

22

23

24

25

26 ───────────────

27   [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

28

Stip to Dismiss
C 09-0369 RMW